Ontessa Clark McCloud

Complainant

v.

Denis McDonough, Secretary of Veterans Affairs.

Defendant

Contessa Clark McCloud
4315 Golf Club Drive
Auburn, AL 36830

June 15, 2023

# Complaint:

I Contessa Clark McCloud, am filing a civil action under Title VII (Discrimination due to race, color, sex and reprisal) under the Rehabilitation Act of 1973, as Amended (Discrimination due to Disability).

I am a 54 year old Black female with Feet and Back Disabilities.

Please, I request that the Court appoint an attorney to represent me and that the Court permit me to file the action without payment of fees, costs, or other security?

Thank you,

Contessa Clark McCloud, CRT

Dear The Civil Court and The U.S. Equal Employment Opportunity Commission,

My name is Contessa Clark McCloud, CRT. I have been an employee of the Montgomery, Alabama VA as a Respiratory Therapist, CRT, since November 2009.

Please provide an Attorney to represent me in this case?

I am a 54 year old Black female with Back and Feet Disabilities.

The 180 days have been completed with the OFO. All information is on the public portal, Case # 2023000393.

June 8, 2023

2.

During the years of 2010 until 2014, I was forced to cover the East Campus in Tuskegee, Alabama, to complete the uncompleted job duties of Mr. Dylan Jones. Mr. Joe Lynn, Cardiopulmonary Manager and Mr. John Weaver, RRT, Lead Respiratory Therapist explained to me, Contessa McCloud, that if I did not complete my job duties as well as thee uncompleted job duties of Mr. Dylan Jones, CRT, they were going to write me up. Both Mr. Lynn and Mr. Weaver allowed Mr. Jones to leave duty even though we were scheduled to be on duty on the Tuskegee VA campus until 6:00 pm.

Ju 15, 2023

3
(cyn)

During my initial VA Health check with Mrs. Lovelady, RN, Occupational Health, 2009, I had explained that I had a right foot surgery, years prior to 2009.

Also, in 2010/2011, I explained to both Mr. Lynn and Mr. Weaver of the swelling and pain in my feet. It was painful to walk. Mr. Lynn and Mr. Weave laughed at me and again explained to me, "that they would write me up if I did not complete my job duties as well as the uncompleted job duties of Mr. Dylan Jones, CRT." After many visits to Mrs. Dyer, NP, Occupational Health, she ordered a VA xray of my feet in 2014.

Jun 15, 2023

4 cwn

The VA X-Ray report of Hungland's deformity in both of my feet.

Also in 2015, I prevented our 300+ pound veteran from falling in the VA Nursing Home on August 1, 2015.

On this day August 1, 2015, many VA Nursing home employees were sitting outside on the smoke porch with some Veterans. I did not see ANY VA employees to help me prevent our 300+ pound veteran from falling. Our Veteran was trying to walk up the hallway when he started to fall. Without thinking of my own saftey, I ran to our 300+ pound veteran,

June 15, 2023

5.
cun

lowered my back underneath his chest/stomach area to prevent him from falling. Once our Veteran was stable, I walked him back to his room. Our veteran explained to me that he kept calling on his bed call button for a Coke to drink. He said that all the calls were unansered. Therefore, he decided to walk up the hall to the refrigerator. After, I was able to get in touch with the Charge Nurse to care for our Veteran. Care was provided to my back by Mrs. Wilford, RN, N.O.D., and Dr. Athey.

June 15, 2023

6.

Dr. Athey gave me pain medication (cm) told me to go home and rest, but to visit Mrs. Dyer when I returned to Duty for a VA X-Ray of my back. The VA X-Ray was completed of my back and the report revealed the damage to my lower back. Mrs. Dyer explained to me, Contessa McCloud, "that it was good that I prevented our 300+ pound Veteran from falling, but my back would never be the same again". I completed the computer and paperwork for my back for Workman's Comp and wrote the Dept. of Labor twice. Even called the Dept. of Labor. However, I never received

June 15, 2023

M.

The medical paperwork for an on the VA job injury. During the years since 2015, I would go to the Doctor and to my personal Doctor to receive care of my back. Each and every time, it was explained to me that I must have the medical paperwork from the Dept. of Labor.

Thankfully, in 2022, Medical Center Plus took x-rays of my Back, pelvic region and feet. Medical Center Plus then explained to me, Contessa McClond, that I should have a <u>second</u> <u>right</u> foot surgery, before it got any worse. Also, Medical Center Plus explained to me of the damage to my lower back.

Medical Center Plus explained to me, Contessa McCloud, of a needed spinal fusion back surgery. Medical Center Plus allowed me to attend a three month back therapy program, trying to prevent a spinal fusion back surgery. But they explained that the back therapy program may not prevent my needing a spinal fusion back surgery.

The reason for this case is because my foot surgeon, Dr. Thomas completed a VA RA form in July 2021, asking the VA to allow me, Contessa McCloud, to work eight hour

9.
(CCM)

Shifts, Due to the condition of my feet.

Dr. Howard, Cardiopulmonary Manager sexuall Harassed me, Contessa McCloud, CRT, on August 5, 2021. Then I met with Mrs. Alford, EEO Manager and completed an Report of Contact on August 5, 2021. Then Dr. Howard Denied my VA foot RA. I then followed the VA Chain of Command. Both Dr. Alkurabi and Dr. Weaver Denied my VA foot RA. Dr. Alkurabi and Dr. Weaver allowed me a foot stool and Two extra fifteen minute Breaks.

Please Note, Dr. Howard sent a VA email to Ms. Knight-Russell of DENIED of my VA foot RA on August 5, 2021 at 3:58pm, (Page 000440).

10.

(CCW)

I signed this paperwork, because I though that this was the end of the VA chain of command. After this paperwork was signed, my Attorney from the Special Counsel explained to me that I could reach out to the Merit Board. I did reach out to the merit Board.

Since 2010/2011, I have now been in touch with ORM, EEO, ORMDI, Special Counsel, Merit Board, The OFO AND NOW, 2023, I need the help from the Civil Court.

June 15, 2023

11.

I, Contessa McCloud, CRT (CM)
am asking the Civil Court For:

1) A Lump Sum of monies for Pain and Suffering,

2) A Lump Sum of Punitive Damages,

3) For me to quickly begin working Eight Hour Day shifts. (I have Been Working Dayshifts at the VA, since March 2010.)

4) For the Montgomery / Tuskegee VA to Pay the Now and All future Medical Bills that concern my feet and Back.

5.) For me to get off Duty at 3:00 pm for one Pay

Month, for me to receive a spine and feet alignment from Medical Center plus. (This is a wonderful lifetime gift from Medical Center plus for my having completed the three month back program from May until August of 2022.)

6.) For the Montgomery/Tuskegee VA to pay <u>ALL</u> Court and Legal fees.

Thank you,

Contessa Clark McCloud, CRT

# NOTICE OF APPEAL/PETIT
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
OFFICE OF FEDERAL OPERATIONS
P.O. Box 77960
Washington, DC 20013

**Complainant Information:** (Please Print or Type)

| | |
|---|---|
| Complainant's name (Last, First, M.I.): | MCCLOUD, CONTESSA C. |
| Home/mailing address: | 4315 GOLF CLUB DR Apt 1112 |
| City, State, ZIP Code: | AUBURN, AL 36830 |
| Daytime Telephone # (with area code): | 334 744 3028 |
| E-mail address (if any): | C.MCCLOUD1968@gmail.com |

**Attorney/Representative Information (if any):**

| | |
|---|---|
| Attorney name: | N/A  Please provide AN Attorney? |
| Non-Attorney Representative name: | |
| Address: | |
| City, State, ZIP Code: | |
| Telephone number (if applicable): | |
| E-mail address (if any): | |

**General Information:**

| | |
|---|---|
| Name of the agency being charged with discrimination: | CENTRAL ALABAMA HEALTH CARE VA Montgomery AND Tuskegee (619) |
| Identify the Agency's complaint number: | 619 |
| Location of the duty station or local facility in which the complaint arose: | Tuskegee AND Montgomery |
| Has a **final action** been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | ✓ Yes; Date Received MAY 26 2023 (Remember to attach a copy)<br>___ No<br>___ This appeal alleges a breach of settlement agreement |
| Has a complaint been filed on this same matter with the EEOC, another agency, or through any other administrative or collective bargaining procedures? | ___ No<br>✓ Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) #2023000393<br>2001-619-2022-143828 |
| Has a civil action (lawsuit) been filed in connection with this complaint? | ___ No<br>✗ Yes (Attach a copy of the civil action filed) Filing TODAY |

**NOTICE:** Please **attach a copy of the final decision or order** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the EEOC Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the EEOC **and** with the agency **within 30 days** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the EEOC at the address above.

| | |
|---|---|
| Signature of complainant or complainant's representative: | Contessa Clark McCloud, CRT |
| Date: JUNE 17, 2023 | |

EEOC Form 573 REV 1/09                              Enclosure 2

# PRIVACY ACT STATEMENT

(This form is covered by the Privacy Act of 1974. Public Law 93-597. Authority for requesting the personal data and the use thereof are given below.)

1. **FORM NUMBER/TITLE/DATE**: EEOC Form 573, Notice of Appeal/Petition, January 2001
2. **AUTHORITY**: 42 U.S.C. § 2000e-16
3. **PRINCIPAL PURPOSE**: The purpose of this questionnaire is to solicit information to enable the Commission to properly and efficiently adjudicate appeals filed by Federal employees, former Federal employees, and applicants for Federal employment.
4. **ROUTINE USES**: Information provided on this form will be used by Commission employees to determine: (a) the appropriate agency from which to request relevant files; (b) whether the appeal is timely; (c) whether the Commission has jurisdiction over the issue(s) raised in the appeal, and (d) generally, to assist the Commission in properly processing and deciding appeals. Decisions of the Commission are final administrative decisions, and, as such, are available to the public under the provisions of the Freedom of Information Act. Some information may also be used in depersonalized form as a data base for statistical purposes.
5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION**: Since your appeal is a voluntary action, you are not required to provide any personal information in connection with it. However, failure to supply the Commission with the requested information could hinder timely processing of your case, or even result in the rejection or dismissal of your appeal.

Send your appeal to:

The Equal Employment Opportunity Commission
Office of Federal Operations
P.O. Box 77960
Washington, D.C. 20013

*During the Coronavirus National Emergency, EEOC OFO does not have access to U.S. Mail; rather, they ask that all submissions and communications from complainants be digital, via the Public Portal/FEDSEP at https://publicportal.eeoc.gov/Portal/Login.aspx*

*For more Commission information and resources, please go to the EEOC's COVID-19 information links at: https://www.eeoc.gov/coronavirus/*