IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CONTESSA CLARK MCCLOUD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:23-cv-402-RAH |
| CENTRAL ALABAMA HEALTH CARE VA, *et al.*, | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Order of the Court entered on this day adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED WITH PREJUDICE.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, on this the 6th day of January 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE